# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| EDWARD HENRY COLEMAN | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:14-CV-672 |
| JOHN B. FOX, *et al.*, | § | |

## ORDER PARTIALLY ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Edward Henry Coleman, an inmate formerly confined at USP Beaumont, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983 against numerous defendants.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends plaintiff's claims against defendants FNU Mendoza, J. Pina, FNU Rhodes, and W. Smith should be dismissed without prejudice for failure to serve within 120 days pursuant to Federal Rule of Civil Procedure 4(m).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**SIGNED** this the 24 day of **October, 2017.**

Thad Heartfield
United States District Judge

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**.  A partial judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.